IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN PAUL WOODRUFF,** | : | |
| | : | |
| Petitioner, | : | CIVIL NO. 3:CV-07-0167 |
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| **HARLEY G. LAPPIN,** | : | |
| | : | |
| Respondent. | : | |

## O R D E R

Petitioner, Kevin Paul Woodruff, an inmate at the United States Penitentiary in Lewisburg, Pennsylvania, commenced this action by filing a *pro se* petition for writ of habeas corpus pursuant to the provisions of 28 U.S.C. § 2241.  By Order dated February 7, 2007 (Doc. 2), this Court concluded that § 2241 was unavailable to Petitioner, and the case was summarily dismissed without prejudice.  Presently before the Court is Petitioner's motion for reconsideration of that Order.  The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence.  *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985).  Upon consideration of the motion, this Court finds that Petitioner has failed to provide the evidence required for a successful motion for reconsideration.

**ACCORDINGLY, THIS 22nd DAY OF MARCH, 2007, IT IS HEREBY ORDERED THAT** Petitioner's motion for reconsideration (Doc. 3) is **DENIED**.

/s/ A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge